LAW OFFICES
of
# DAN BRECHER

99 Park Avenue, 16th Floor
New York, New York 10016
(212) 286-0747
Fax: (212) 808-4155
e-mail: brecherlaw@compuserve.com

Dan Brecher
___

Kenneth C. Oh
Kimberly D. Reilly
Eric I. Robins

December 2, 2008

<u>VIA FACSIMILE – (212) 805-7920</u>
Honorable Shira A. Scheindlin
United States District Court Judge
United States District Court for the
 Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007

    Re: *Hunt, et al. v. Enzo Biochem, Inc., et al.*, Case Nos. 06-cv-00170 (SAS), 06-cv-00213 (SAS), 06-cv-06374 (SAS)

Dear Judge Scheindlin:

    We are counsel for Plaintiffs in the above-referenced actions. On behalf of all parties in these actions, we are writing to request a brief adjournment of the fact discovery cut-off set forth in your Honor's present Scheduling Order, and corresponding adjournments of the remaining dates set forth in the Scheduling Order.

    The parties have been diligently pressing this matter. After Plaintiffs' initial counsel became sick (and ultimately passed away), motions to dismiss were greatly delayed, and only decided at the start of 2008. The parties then exchanged documents and have been working to resolve production disputes without Court involvement. Further, the parties engaged in settlement discussions over the summer which Magistrate Judge Katz mediated. When settlement discussions did not prove fruitful, the parties continued discovery and thousands of pages of documents were produced in response to subpoenas. We recently began taking depositions, which depositions are continuing.

    Given the number of parties and depositions in this case, the parties will not be able to complete fact discovery by the current cut-off date of December 31, 2008. The parties

*[Handwritten note from Judge:]* Request denied. These cases are almost five years old. Enough is enough. I will extend deadlines by thirty days but no more. Submit an order in accordance with this ruling. So Ordered. [signature] 12/2/08

## LAW OFFICES OF DAN BRECHER

Honorable Shira A. Scheindlin
December 2, 2008
Page 2

accordingly request an adjournment until March 31, 2008, to complete fact discovery. The parties also request corresponding adjournments of the remaining Scheduling Order dates:

| Task | Current Scheduled Date | Proposed New Date |
| --- | --- | --- |
| Plaintiffs' Expert Report Due | February 27, 2009 | May 15, 2009 |
| Defendants' Expert Report Due | March 27, 2009 | June 15, 2009 |
| Expert Discovery Closes | May 8, 2009 | July 27, 2009 |
| Final Pre-Trial Conference | January 7, 2009 | March 25, 2009 |

Please do not hesitate to contact me if I can provide you with additional information to consider the parties' request.

Respectfully submitted,

Dan Brecher

cc (via fax):   Donald H. Chase, Esq.
                K. Stewart Evans, Esq.

#1491828 v1 \17478 \004